# FILED

JUN  9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Paul S. Johnson Jr. Plaintiff,

vs.

Federal Bureau of Probation &
CDC/DAPO!
Board of Parole Hearings  Defendant.

CASE NO. _____

**PRISONER'S** **SBA**
**APPLICATION TO PROCEED** **(PR)**
**IN FORMA PAUPERIS**

I, Paul S. Johnson Jr. , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _Payless Ace Hardware & Rockery  2927 S. King Rd. San Jose Ca._

5   _WKly wages approx: 350ºº  Monthly wages: 1400ºº_

6   _____

7   2.    **Have** you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.    Business, Profession or          Yes ____ No __✓__

10           self employment

11      b.    Income from stocks, bonds,       Yes ____ No __✓__

12           or royalties?

13      c.    Rent payments?                   Yes ____ No __✓__

14      d.    Pensions, annuities, or          Yes ____ No __✓__

15           life insurance payments?

16      e.    Federal or State welfare payments,   Yes __✓__ No ____

17           Social Security or other govern-

18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____May 31 - July/2008 Welfare (G I) General assistance_

22  _300ºº mTHly 150ºº Food stamps_____

23  3.    Are you married?                     Yes ____ No __✓__

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support. (NOTE:

3          For minor children, list only their initials and ages. DO NOT INCLUDE

4          THEIR NAMES.).

5    _Child Support! 138°° WKly Monthly 552°°_____

6    _____

7    5.    Do you own or are you buying a home?    Yes ____ No ✓

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?    Yes ✓ No ____

10    Make _Toyota_ Year _1990_ Model _S.R.5_

11    Is it financed? Yes ____ No ✓ If so, Total due: $_____

12    Monthly Payment: $_____

13    7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14    Name(s) and address(es) of bank: _____

15    _____

16    Present balance(s): $_____

17    Do you own any cash? Yes ____ No ✓ Amount: $_____

18    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19    market value.)    Yes ____ No ✓

20    _____

21    8.    What are your monthly expenses?

22    Rent: $ _NONE_ Utilities: _NONE_

23    Food: $ _NONE_ Clothing: _NONE_

24    Charge Accounts:

25    <u>Name of Account</u>    <u>Monthly Payment</u>    <u>Total Owed on This Acct.</u>

26    _____ $_____ $_____

27    _____ $_____ $_____

28    _____ $_____ $_____

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable. Do not include account numbers.)

3    ___No_____

4    _____

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?   Yes ✓ No ✓

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9    _I filed a writ of heab habeas Corpus in the Superior Court_

10    _but did not hear from them: Santa Clara Superior_

11        I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    _6/4/2008_                    _Paul S. Johnson Jr._

17        DATE                        SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1
2                                                Case Number: _2730_____
3
4
5
6
7
8                           **CERTIFICATE OF FUNDS**
9                                        **IN**
10                          **PRISONER'S ACCOUNT**
11
12          I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _Paul S. Johnson Jr_ for the last six months
                                                    [prisoner name]
14   _Santa Rita County of Alameda_ where (s)he is confined.
                    [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ ____Ø____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $____Ø____.
18
19   Dated:_____          _____
20                                       [Authorized officer of the institution]
21
22
23
24
25
26
27
28

                                    - 5 -

**S03F06**

5/30/2008
5:44:36 AM

CANTEEN CORPORATION
SANTA RITA JAIL (FRIDAY)
Pick List

Name: PAUL JOHNSON
Inv. Date: 05/30/2008                                      Invoice: 5259764
Id: UHQ007            Module: S03F06            Serial #:

==================================================================
Qty   Item                              Code #      Price      Amount
==================================================================

▬▬▬▬▬▬▬▬▬▬                                6120        $8.40       $8.40
3     ENV (5 PK) STAMPED LEGAL          6122        $2.50       $7.50
3     9X12 ENVELOPE                     6105        $0.65       $1.95
7
1     HANKERCHIEFS (3)                  8179        $2.90       $2.90
1
1     COLGATE TOOTHPASTE                8213        $2.15       $2.15
2     BLUE   RAZOR SC                   8366        $0.55       $1.10
3
----------------------------------------------------------------
11
            Previous Balance:    $31.44    Base Sale:     $24.00
            New Balance:         $6.77     Debitek:       $0.00
                                 25.00     Tax:           $0.67
                                 31.77     Total:         $24.67
----------------------------------------------------------------

Signature:  _____

WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.

**S03F06**

5/23/2008
5:43:02 AM

CANTEEN CORPORATION
SANTA RITA JAIL (FRIDAY)
Pick List

Name: PAUL JOHNSON
Inv. Date: 05/23/2008                                    Invoice: 5249685
      Id: UHQ007          Module: S03F06                 Serial #:

===============================================================================

| Qty | Item | Code # | Price | Amount |
|-----|------|--------|-------|--------|
| 9 | .01 CENT STAMPS (10 PK) | 8005 | $0.10 | $0.90 |
| 1 | TABLET WRIGHT 8X11 10 | 6103 | $1.50 | $1.50 |
| 1 | BALL POINT PEN 1 | 6004 | $0.70 | $0.70 |
| 1 | COLGATE TOOTHPASTE | 8213 | $2.15 | $2.15 |
| 1 | DIAL SOAP 3.5OZ 2 | 8106 | $1.13 | $1.13 |

-------------------------------------------------------------------------------

13

|  |  |  |  |
|--|--|--|--|
| Previous Balance: | $38.27 | Base Sale: | $6.38 |
| New Balance: | $31.44 | Debitek: | $0.00 |
|  |  | Tax: | $0.45 |
|  |  | Total: | $6.83 |

-------------------------------------------------------------------------------

Signature: _____

WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.



Paul S. Johnson Jr. WHG-007 (P15N)
Santa Rita Jail     04356-097 (Federal)
5-325 Broder Blvd.     P41120 - (CDCR)
Dublin Co. 94568

*Legal Mail*

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

*Legal Mail*