1

2

3

4

5

6                                   IN THE UNITED STATES DISTRICT COURT

7

8                                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    PAUL S. JOHNSON,                               No. C 08-02730 SBA (PR)

11                   Petitioner,                     **ORDER OF DISMISSAL WITHOUT**
                                                     **PREJUDICE**
12       v.

13    CALIFORNIA DEPARTMENT OF
      CORRECTIONS, et al.,
14
                     Respondents.
15    _____/

16           Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to

17    28 U.S.C. § 2254.  On September 15, 2008, mail directed to Petitioner by the Court was returned to

18    the Clerk of the Court with a notation that it was undeliverable.  To date, Petitioner has not updated

19    his address with the Court or submitted any further pleadings in this case.

20           Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address

21    changes while an action is pending must promptly file a notice of change of address specifying the

22    new address.  See L.R. 3-11(a).  The court may, without prejudice, dismiss a complaint when:

23    (1) mail directed to the pro se party by the court has been returned to the court as not deliverable,

24    and (2) the court fails to receive within sixty days of this return a written communication from the

25    pro se party indicating a current address.  See L.R. 3-11(b).

26           More than sixty days have passed since the mail directed to Petitioner by the Court was

27    returned as undeliverable.  The Court has not received a notice from Petitioner of a new address.

28    Accordingly, the petition is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern

**United States District Court**
For the Northern District of California

1   District Local Rules.  The Clerk of the Court shall terminate all pending motions and close the file.

2   The Court has rendered its final decision on this matter; therefore, this order TERMINATES

3   Petitioner's case.

4        IT IS SO ORDERED.

5   DATED: 11/19/08

    _SAUNDRA B Armstrong_
6   SAUNDRA BROWN ARMSTRONG
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  PAUL S. JOHNSON,                                    Case Number: CV08-02730 SBA

5                    Plaintiff,                        **CERTIFICATE OF SERVICE**

6       v.

7  / et al,

8                    Defendant.
   _____/

9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.

11 That on November 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
   in the Clerk's office.

13

14

15 Paul S. Johnson P-41120
   Santa Rita County Jail
16 5325 Broder Blvd.
   Dublin, CA 94568

17
   Dated: November 20, 2008

18                                                     Richard W. Wieking, Clerk
                                                       By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California